**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| Kyra Isabel Nelson, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | Civil Action No. 25-CV-11057-AK |
| v. | ) | |
| | ) | |
| Wells Fargo Bank N. A , | ) | |
| | ) | |
| Appellee | ) | |
| | ) | |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 46] entered on 3/13/2026 in 1:25-cv-11178-AK, it is

hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED** in light of the

Court affirming the Bankruptcy Court's ruling in the consolidated case.

Dated: 3/13/2026

By the Court,

/s/ Courtney Horvath
Deputy Clerk